GURN E. LOTT, Respondent, *v.* AUGUSTUS CLASON, Appellant.

*Lott* v. *Clason*, 48 App. Div. 633, affirmed.
(Argued October 11, 1901; decided November 1, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 7, 1900, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellant.

*Bernard G. Heyn* and *Herbert A. Heyn* for respondent.

Judgment affirmed, with costs and ten per cent damages under section 3251 of the Code of Civil Procedure; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

RICHARD K. FOX, Appellant, *v.* THE NEW YORK ELEVATED RAILROAD COMPANY et al., Respondents.

*Fox* v. *N. Y. Elevated R. R. Co.*, 42 App. Div. 613, affirmed.
(Argued October 11, 1901; decided November 1, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 23, 1899, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*Charles H. Strong* for appellant.

*Arthur O. Townsend, Charles A. Gardiner, Ezra A. Tuttle* and *J. Osgood Nichols* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.